UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUSTEES FOR THE MASON TENDERS DISTRICT COUNCIL WELFARE FUND, PENSION FUND, ANNUITY FUND, AND TRAINING PROGRAM FUND, and ANNA GUTSIN, *in her fiduciary capacity as Director,*<br><br>                          Petitioners,<br><br>                -v.-<br><br>S & S KING CORP.,<br><br>                          Respondent. | 20 Civ. 6443 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On August 13, 2020, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **September 18, 2020**. Respondent's opposition, if any, is due on **October 16, 2020**. Petitioners' reply, if any, is due **October 30, 2020**.

Petitioners shall serve the petition upon Respondents electronically and by overnight mail no later than **August 21, 2020,** and shall file an affidavit of such service with the court no later than **August 28, 2020**.

SO ORDERED.

Dated: August 14, 2020
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge