UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, and
TRAINING PROGRAM FUND et al.,

and

ROBERT BONANZA, as Business Manager
of the MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

        Petitioners,

        -against-

S&S Kings Corp.

        Respondent.

----------------------------------------------------------------x

Civil Action
No. 20-CV-06443 (KPF)

ECF CASE

**DEFAULT JUDGMENT**

This action having been commenced on August 13, 2020 by the filing of the Summons and Petition to Confirm Arbitration Award, and a copy of the Summons and Petition to Confirm Arbitration Award having been served on the Respondent S&S Kings Corp. on August 14, 2020 by UPS Overnight Mail, and proof of service having been filed on August 14, 2020, and the time for answering the Petition having expired, it is

ORDERED, ADJUDGED AND DECREED: that the August 16, 2019 arbitration award of Arbitrator Joseph Harris shall be confirmed and Petitioners have judgment against Respondent in the liquidated amount of $37,248.83 with interest to accrue at the statutory rate in accordance with 28 U.S.C.§1961 from this date forward.

Dated: New York, NY
       <u>May 3, 2021</u>

                                                           Hon. Katherine Polk Failla
                                                         United States District Judge